Milton J. SONNIER, Petitioner–
Appellant,

v.

Ronald J. ANGELONE, Director of the
Virginia Department of Corrections,
Respondent–Appellee.

No. 02–6967.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 26, 2002.

Milton J. Sonnier, Appellant Pro Se. Donald Eldridge Jeffrey, III, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Milton J. Sonnier seeks to appeal the district court's order adopting the report and recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Sonnier v. Angelone,* No. CA–01–843–2 (E.D. Va. filed May 24, 2002, entered May 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*